UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FLOR ANA ANTONIO MENDEZ,

    Defendant.

CASE NO. CR19-187-JCC

DETENTION ORDER

<u>Offense charged</u>: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances; Possession of Methamphetamine and Heroin with Intent to Distribute (three counts); Possession of Heroin with Intent to Distribute

<u>Date of Detention Hearing</u>: October 9, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is reportedly a citizen of Mexico. She has resided in Washington State since age 16.

2. The United States alleges that her presence in this country is illegal. There is an immigration detainer pending against her.

3. Defendant and her counsel offer no opposition to entry of an order of detention. However, if defense counsel can resolve the issue of the immigration detainer, defendant may move to reopen the issue of detention.

4. Defendant poses a risk of nonappearance due to status as a Mexican national and lack of status in the United States, as well as family ties to Mexico. Defendant poses a risk of danger due to the nature of the offense. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of October, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3