THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0187-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEINLY DIAZ-DIAZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Flor Ana Antonio Mendez is scheduled to appear before the Court for a sentencing hearing on October 21, 2020 at 9:00 a.m. (*See* Dkt. No. 87.) Presently, because of the health risks posed by the COVID-19 pandemic, the Court is unable to conduct in person hearings. However, the Court may conduct a felony sentencing hearing by video conference if the Court finds that the sentencing cannot be further delayed without serious harm to the interests of justice. *See* W.D. Wash., General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Antonio Mendez is DIRECTED to advise the Court and the Government whether she wishes to go forward with sentencing by video conference on October 21, 2020. If she wishes to go forward, she is instructed to file a motion consistent with the Court's procedures as articulated on the District's website (https://www.wawd.uscourts.

MINUTE ORDER
CR19-0187-JCC
PAGE - 1

gov/judges/coughenour-procedures), including Defendant's consent to proceed remotely and the specific reasons the sentencing cannot be further delayed without serious harm to the interests of justice.

DATED this 14th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk