THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FLOR ANA ANTONIO MENDEZ,<br><br>　　　　　Defendant. | CASE NO. CR19-0187-JCC-2<br><br>ORDER |

This matter comes before the Court on Defendant Flor Ana Antonio Mendez's unopposed motion to proceed with her December 16, 2020 sentencing hearing by video teleconference (Dkt. No. 91). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion for the reasons explained herein.

I.　　BACKGROUND

In March 2020, Ms. Antonio Mendez pleaded guilty to one count of conspiracy to distribute and to possess with intent to distribute controlled substances and one count of possession of methamphetamine with intent to distribute. (*See* Dkt. Nos. 1, 57, 62.) Her sentencing hearing was originally scheduled for June 9, 2020. (Dkt. No. 65.) Because of serious health and safety concerns related to the COVID-19 pandemic, the Court continued her sentencing hearing several times, most recently to December 16, 2020. (*See* Dkt. Nos. 65, 78, 86, 89.) By order of Chief Judge Ricardo S. Martinez, all criminal in-person hearings scheduled to

occur before January 1, 2021, have been continued. *See* W.D. Wash., General Order No. 15-20 at 2 (Oct. 2, 2020). Ms. Antonio Mendez has been detained since her arrest in October 2019. (*See* Dkt. Nos. 27, 28.) She contends that as the mother of two children, the uncertainty with respect to her sentence and future status is detrimental to her and her children. (Dkt. No. 91 at 2.) To avoid further delay, Ms. Antonio Mendez moves for sentencing to proceed on December 16, 2020 by video conference. (Dkt. No. 91.) Ms. Antonio Mendez consents and has filed a waiver of in-person appearance. (Dkt. No. 92.)

## II.  DISCUSSION

Because of the health risks posed by the COVID-19 pandemic, the Court may conduct a felony sentencing hearing by video conference if the Court finds that the sentencing cannot be further delayed without serious harm to the interests of justice. *See* W.D. Wash., General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Ms. Antonio Mendez has a strong interest in the speedy resolution of her sentencing, but in-person proceedings are unlikely to resume until at least January 1, 2021. *See* W.D. Wash., General Order No. 15-20 at 2 (Oct. 2, 2020). Absent a remote proceeding, Ms. Antonio Mendez cannot be sentenced for at least several weeks despite having entered guilty pleas nine months ago. Taking into account these circumstances, as well as Ms. Antonio Mendez's family situation, the Court FINDS that her sentencing cannot be further delayed without serious harm to the interests of justice.

## III.  CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant's motion to conduct a remote sentencing hearing (Dkt. No. 91) and ORDERS that sentencing proceed by video conference on December 16, 2020 at 9:00 a.m.

//

//

//

//

1     DATED this 14th day of December 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE